UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 09429
  MARK MENDEZ

                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
     SSN XXX-XX-6882

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 04/17/2008 and was not confirmed.

     The case was dismissed without confirmation 09/17/2008.
-------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |
| B-REAL LLC | UNSECURED | 674.12 | .00 | .00 |
| LVNV FUNDING LLC | UNSECURED | 893.81 | .00 | .00 |
| STATE OF NJ HIGHER ED | UNSECURED | 20958.69 | .00 | .00 |
| SANTANDER CONSUMER USA | SECURED VEHIC | 8910.00 | .00 | 375.00 |
| SANTANDER CONSUMER USA | UNSECURED | 1526.10 | .00 | .00 |
| MATCO TOOLS | SECURED | 2000.00 | .00 | .00 |
| MATCO TOOLS | UNSECURED | 1912.44 | .00 | .00 |
| IL STATE DISBURSEMENT UN | DSO ARREARS | NOT FILED | .00 | .00 |
| IL DEPT OF PUBLIC AID | DSO ARREARS | NOT FILED | .00 | .00 |
| LATICIA GARCIA | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,474.00 | | 200.82 |
| TOM VAUGHN | TRUSTEE | | | 48.18 |
| DEBTOR REFUND | REFUND | | | 288.00 |

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 912.00 | |
| PRIORITY | | .00 |
| SECURED | | 375.00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 200.82 |
| TRUSTEE COMPENSATION | | 48.18 |
| DEBTOR REFUND | | 288.00 |
| TOTALS | 912.00 | 912.00 |

                  PAGE  1 - CONTINUED ON NEXT PAGE
             CASE NO. 08 B 09429 MARK MENDEZ

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 12/22/08                        /s/ Tom Vaughn
                                       _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE